IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD ROLAND LAIRD,**<br>Petitioner, | CIVIL ACTION |
| v. | |
| **JOHN E. WETZEL,** Acting Secretary, Pennsylvania Department of Corrections, **LOUIS FOLINO,** Superintendent of the State Correctional Institution at Greene, **MARIROSA LAMAS,** Superintendent of the State Correctional Institution at Rockview, **THE DISTRICT ATTORNEY OF THE COUNTY OF BUCKS,** and **THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA,**<br>Respondents. | NO. 11-1916 |

## O R D E R

**AND NOW**, this 18th day of August, 2016, upon consideration of petitioner's Consolidated Petition for Writ of Habeas Corpus and Supporting Memorandum of Law (Document No. 39, filed February 19, 2016), respondents' Answer to Consolidated Petition for Writ of Habeas Corpus Relief and Supporting Memorandum of Law (Document No. 42, filed April 19, 2016), and petitioner's Reply to Respondent's Answer to Amended Petition for a Writ of Habeas Corpus and Consolidated Memorandum of Law (Document No. 51, filed June 24, 2016), based on the reasons stated in the Memorandum dated August 18, 2016, **IT IS ORDERED** that petitioner's Consolidated Petition for Writ of Habeas Corpus is **DENIED AND DISMISSED.**

**IT IS FURTHER ORDERED** that a certificate of appealability will not issue because reasonable jurists would not debate whether the Consolidated Petition for Writ of Habeas Corpus and Supporting Memorandum of Law states a valid claim of the denial of a constitutional right or

this Court's procedural rulings with respect to petitioner's claims. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel,* 529 U.S. 473, 484.

BY THE COURT:

Hon. Jan E. DuBois

DuBOIS, JAN E., J.